[No. 32692-9-I.    Division One.    January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS LUCERO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01055-5, David F. Hulbert, J., entered May 3, 1993. *Dismissed* by unpublished per curiam opinion.


[No. 31891-8-I.    Division One.    January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS JAUREGUI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03631-9, William L. Downing, J., entered November 30, 1992. *Dismissed* by unpublished per curiam opinion.


[No. 33091-8-I.    Division One.    January 30, 1995.]

CHARLES W. KLOSS, *Respondent*, v. HONEYWELL, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-11054-9, Sharon S. Armstrong, J., entered July 1, 1993. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Becker, J. Now published at 77 Wn. App. 294.


[No. 32661-9-I.    Division One.    January 30, 1995.]

PAUL TUCKER, *Appellant*, v. BRAND NAMES, INC., *Defendant*, RECREATIONAL EQUIPMENT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-10910-9, R. Joseph Wesley, J., entered March 26, 1993. *Affirmed* by unpublished opinion per Scholfield, J. Pro Tem., concurred in by Pekelis, C.J., and Coleman, J.